STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOANNE MARROCCO, <br><br> Defendant. | No. 4:13-CR-0537-YGR (DMR) <br><br> **STIPULATION TO VACATE JANUARY 11, 2023 FURTHER BAIL REVIEW/BOND HEARING; ORDER (AS MODIFIED)** |

    This matter presently is set for a status on January 11, 2023 with Judge Ryu at 3pm. Pretrial Services Office Timothy Elder reports that the defendant is doing well and is in compliance with her release conditions. Therefore, the parties stipulate and request that the January 11, 2023 status be vacated. The parties do not believe a further status date needs to be set at this time.

DATED: January 10, 2023                Respectfully submitted,

                                            STEPHANIE M. HINDS
                                            United States Attorney

                                               /s/
                                            DANIEL PASTOR
                                            Assistant United States Attorney

1  DATED: January 10, 2023                    /s/ *Jerome Matthews*
                                              JEROME MATTHEWS
2                                             Counsel for Joanne Marrocco

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER (AS MODIFIED)**

Based upon the stipulation of the parties and the information reported by Pretrial Services, IT IS ORDERED that the Further Bail Review/Bond Hearing set for January 11, 2023 at 3:00 p.m. is taken off calendar.

DATED: January 10, 2023

*IT IS SO ORDERED AS MODIFIED*
*Judge Donna M. Ryu*

_____
HON. DONNA M. RYU
United States Magistrate Judge